62150. THE STATE v. WILLIS.

DEEN, Presiding Judge.

This case is controlled by Illinois v. Vitale, 447 U. S. 410, 421 (100 SC —, 65 LE2d 228) (1980) and *Steve v. Burroughs,* 246 Ga. 393 (271 SE2d 629) (1980).

*Judgment affirmed in accordance with Court of Appeals Rule 36. Banke and Carley, JJ., concur.*

DECIDED JULY 9, 1981 —
REHEARING DENIED JULY 21, 1981.

*Hinson McAuliffe, Solicitor, George Weaver, Paul C. McCommon III, Assistant Solicitors,* for appellant.

*Nancy S. Rogers,* for appellee.